UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:10-10063-CIV-KING/BANDSTRA

ROBERT EDWARDS, AMANDA
COCHRAN, CARLOS CALUO,
WILMER A. RIVERA, DONNA
A. GOLDBERG, TIPAWAN
GAUTHIER, TROY FELDKAMP,
MICHAEL A. COPE, PHILIP
SCHUMACHER, JAMES PIERRILUS,
LUBY A. MEYERS, NATALYA
LITSOVA, KATHRYN MURPHY,
and ANNALISA WILKERSON,

      Plaintiffs,

v.

OUT OF THE BLUE KEY WEST, LLC,
KENNETH J. FRANCIOSE AND
MARY J. PFUND,

      Defendant.
_____/

## FINAL JUDGMENT AGAINST OUT OF THE BLUE KEY WEST LLC

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Entry of Judgment After Default, and the Court having reviewed the motion and file in this cause, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Motion is **GRANTED.**

2.    Judgment to each Plaintiff shall be made as follows:

      ROBERT EDWARDS - $2,088.00
      CARLOS CALUO - $3,060.00
      WILMER A. RIVERA - $1,662.36
      DONNA A. GOLDBERG - $654.68
      TIPAWAN GAUTHIER - $427.55

      TROY FELDKAMP - $870.00
      MICHAEL A. COPE - $3,190.00
      JAMES PIERRILUS - $3,850.00
      LUBY A. MEYERS - $3,480.00
      NATALYA LITSOVA - $5,624.41
      KATHRYN MURPHY - $2,400.00
      ANNALISA WILKERSON - $2,494.00

3.     Plaintiffs shall be entitled to interest on the award starting the date of this Final Judgment in the amount authorized under 28 U.S.C. §1961.

4.     As the prevailing party, Plaintiffs are hereby awarded their reasonable attorney's fees and costs, and shall file a motion for the award of same within thirty (30) days of the date of this Final Judgment, which this motion is referred to the United States Magistrate Judge for the sole purpose of determining the amount of attorneys' fees and costs to be awarded Plaintiffs.

**DONE AND ORDERED** this 9 day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

**Copies furnished to:**
All counsel of record